In the Matter of HERMAN LAZARUS, Judgment Creditor, Respondent, against DANIEL HARRIS, Judgment Debtor, Defendant, and ALBERT HARRIS, Impleaded Defendant-Appellant.— The respondent judgment creditor has failed to comply with the provisions of section 794 of the Civil Practice Act in that no notice of the application was served upon the judgment debtor. We know of no authority by which the appellant can be required to disclose in writing or otherwise the address of the judgment debtor. Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements to the appellant. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

JULIUS L. WOLFF, Respondent, v. FREED, BROUT & MOONVES, INC., Appellant.— Order unanimously reversed, without costs, and motion granted. Personal service could have been made on the Secretary of State. (Stock Corporation Law, § 24; Civ. Prac. Act, § 228.) Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. WILLOW BUILDERS, INC., Appellant, et al., Defendants.— Interlocutory judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Martin, P. J., dissents.

WILLIAM H. FREMBD, as Administrator of the Estate of ROSETTA V. FREMBD, Deceased, Appellant, v. JACOB MARX, Respondent.—Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of MAE C. JAWORSKI, against JOHN J. McCLOSKEY, JR., as Sheriff of the City of New York.—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 267 App. Div. 981.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CARL F. A. PRINTZLAU v. AMERICAN-WEST AFRICAN LINE, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. [See 267 App. Div. 986.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of W. L. MAXSON CORPORATION against HENRY W. RALPH, as Register of the City of New York.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See ante, p. 753.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EDGAR HIRSCHBERG v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 760.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Martin, P. J., taking no part.

EUGENE T. SINGER v. YOKOHAMA SPECIE BANK, Limited, and ELLIOTT V. BELL, as Superintendent of Banks of the State of New York.— Motion for leave to appeal to the Court of Appeals granted. [See 267 App. Div. 980.] Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

EDWARD J. QUINTAL et al. v. SHAPIRO GLOVE Co., INC.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See ante, p. 760.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

SAMUEL SACKHEIM, Suing for Himself as Stockholder and for All Other Stockholders of REITER-FOSTER OIL CORPORATION v. REITER-FOSTER OIL CORPORATION et al.—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 764.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.